UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :    SEALED ORDER
        - v. -                      :
                                    :    12 Cr. 849
SAMUEL BAUTISTA, et al.,            :
                                    :
                    Defendants.     :
------------------------------------x

Upon application of the United States of America, by Preet Bharara, United States Attorney for the Southern District of New York, P. Ian McGinley, Assistant United States Attorney, of counsel, it is hereby ORDERED that Indictment 12 Cr. 849 is hereby unsealed, only to the extent that the Government may inform foreign law enforcement authorities about the existence and nature of the charges contained therein and prepare date-stamped, certified copies of the Indictment for that purpose; it is further ORDERED that Indictment 12 Cr. 849 remains otherwise sealed in all respects; and it is further ORDERED that this Order, and the accompanying letter of the Government, shall be filed and maintained under seal and shall remain so until further Order of this Court, except that copies may be made available to and maintained by the Government, may be provided by the Government to domestic or foreign law enforcement authorities, and may be produced by the Government to comply with any



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/2/13

discovery or disclosure obligations in any prosecutions relating to this matter without further order of this Court.

SO ORDERED:

Dated:   New York, New York
         August 2, 2013

_____
THE HONORABLE FRANK MAAS
UNITED STATES MAGISTRATE JUDGE